IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00083-WYD-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2009 CADILLAC ESCALADE, VIN: 1GYFK232X9R108464,

    Defendant,

ALMA MENDOZA,

    Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2016.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed May 2, 2016; docket #21] is **granted**. The Clerk of the Court is directed to file the Amended Complaint tendered by the Plaintiff [*see* docket #21-1]. The Claimant shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).